## AUGUST G. KIRSCHBAUM v. FERDINAND SONNENBERG.[2]

November 10, 1905.

Nos. 14,476—(69).

Appeal by defendant from a judgment of the district court for Sibley county, Cadwell, J. Affirmed.

*P. A. Cosgrove,* for appellant.

*W. H. Leeman,* for respondent.

[1] Reported in 104 N. W. 1150.          [2] Reported in 104 N. W. 1149.

PER CURIAM.

The only assignment of error argued upon this appeal is whether the verdict of the jury was justified by the evidence. We have taken it for granted that appellant has printed in the paper book all the evidence bearing upon the only issue in the case, which is: Did appellant's lease expire October 1, 1904? We are satisfied that the evidence was sufficient to sustain the verdict, and a discussion of it is not necessary.

Judgment affirmed.